IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  NO. 4:09CR00232-003 SWW

SHANE LEE REEVES

### ORDER

The above entitled cause came on for hearing March 2, 2012 on government's petitions [docs #109, #112, #116] to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the petitions to revoke probation are **granted** and the probation previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **TWELVE (12) MONTHS & 1 DAY** in the custody of the Bureau of Prisons. The Court recommends that defendant be placed in a facility in Texarkana, TX or Millington, TN; and that defendant participate in substance abuse treatment or program during incarceration.

There will be **TWO (2) YEARS** of supervised release to follow. All standard conditions of supervision will apply. In addition, the defendant will be subject to the following special conditions of supervised release:

1. Defendant shall be subject to drug testing and shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

2. Defendant shall not obtain employment at an institution insured by the FDIC or at a Federal Credit Union.

3. Defendant is not a legal resident of this district. Therefore, the period of supervised release is to be administered by the district where defendant is a legal resident and/or the district where a suitable release plan has been developed.

4. Defendant's outstanding special penalty assessment is due and payable immediately.

The defendant is remanded to custody.

IT IS SO ORDERED this 8th day of March 2012.

/s/Susan Webber Wright

United States District Judge